No. 683.   HAWLEY *v.* RAGEN, WARDEN;

No. 738.   MARINO *v.* RAGEN, WARDEN; and

No. 739.   TUTTLE *v.* RAGEN, WARDEN.   March 11, 1946. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 743.   SPENSKY *v.* ASHE, WARDEN.   March 11, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.

No. 752.   MARR *v.* ILLINOIS; and

No. 760.   HENSLEY *v.* NIERSTHEIMER, WARDEN.   March 11, 1946.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 766.   SPENCER *v.* RAGEN, WARDEN.   March 11, 1946.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 768.   ATKINS *v.* ILLINOIS; and

No. 777.   PALMER *v.* RAGEN, WARDEN.   March 11, 1946. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 778.   TAYLOR *v.* RAGEN, WARDEN.   March 11, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 780.   WRIGHT *v.* ILLINOIS;

No. 785.   BALDRIDGE *v.* NIERSTHEIMER, WARDEN; and

No. 806.   WAGNER *v.* RAGEN, WARDEN.   March 11, 1946. Petitions for writs of certiorari to the Supreme Court of Illinois denied.